IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DAARON SHEARS, | ) | |
| | ) | |
| | ) | No. 2:25-cv-1103 |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| v. | ) | District Judge Robert J. Colville |
| | ) | |
| SUPERINTENDENT TINA WALKER, | ) | Magistrate Judge Patricia L. Dodge |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

**<u>ORDER OF COURT</u>**

Currently pending before the Court is the Report and Recommendation (ECF No. 5) filed by the Honorable Patricia L. Dodge in the above-captioned matter.  Judge Dodge's November 24, 2025 Report and Recommendation recommends that the Court dismiss the Petition in the above-captioned case and deny a certificate of appealability.  Objections to the Report and Recommendation were due by December 8, 2025 and by December 11, 2025 for Unregistered ECF Users.  No objections were filed, and the matter is now ripe for disposition.

The district court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made.  28 U.S.C. § 636(b)(1)(C); *see also Henderson v. Carlson*, 812 F.2d 874, 877 (3d Cir. 1987).  This Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.  The district court judge may also recommit the matter to the magistrate judge with instructions.

Upon review of the November 24, 2025 Report and Recommendation, as well as a review of the entire record in this matter, the Court agrees with the well-reasoned analysis set forth in

1

Judge Dodge's Report and Recommendation.  Therefore, the Court will adopt the Report and Recommendation.  As such, the following order is entered:

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 5) of Judge Dodge dated November 24, 2025, is ADOPTED as the Opinion of the Court;

IT IS FURTHERE ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 3) is hereby DENIED.

IT IS FURTHERE ORDERED that Petitioner is DENIED a certificate of appealability. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

*/s/Robert J. Covlille*
Robert J. Colville

United States District Judge

Dated:  June 3, 2026

cc:    The Honorable Patricia L. Dodge
       United States Magistrate Judge

       Daaron Shears
       KV1912
       SCI Huntingdon
       1100 Pike Street
       Huntingdon, PA 16652

       All counsel of record via CM/ECF

2